UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20088-CIV-GOLD/MCALILEY

MIDTOWN MIAMI 4H2904, LLC,

    Plaintiff,

v.

MIDTOWN MIAMI NO.4 LLC,

    Defendant.

_____/

ORDER SETTING ORAL ARGUMENT AND BRIEFING SCHEDULE

THIS CAUSE comes before the Court following my Order [DE 28] granting a continuance of the oral argument that had been set for July 14, 2008.  Based on the parties agreement and representations, I set the briefing schedule and new oral argument date as ordered below. Accordingly, it is hereby ORDERED AND ADJUDGED that

1. Defendant shall file its Motion for Summary Judgment on or before July 31, 2008.

2. Plaintiff shall file its Response in Opposition on or before August 11, 2008.

3. Defendant shall file its Reply on or before August 18, 2008.

4. Oral argument on Plaintiff's Motion for Summary Judgment [DE 15] and Defendant's Motion for Summary Judgment shall be heard before the undersigned at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Ave., Courtroom 11-1, Miami, Florida on **Friday, August 22, 2008 at 9am.**

DONE AND ORDERED in Chambers in Miami, Florida this 9th day of July, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record