UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20088-CIV-GOLD/McALILEY

MIDTOWN 4H2804, LLC,

    Plaintiff,

v.

MIDTOWN MIAMI NO. 4 LLC,

    Defendant.
_____/

### ORDER GRANTING EXTENSION OF TIME

THIS CAUSE comes before the Court on the Motion for Extension of Time [DE 30] filed by Defendant on July 31, 2008. In this Motion, Defendant requests a one day extension to file its Motion. Plaintiff does not object to this extension, but requests a one day extension to submit its response until August 12, 2008, and the parties represent that the date for the reply shall remain August 18, 2008. Based on my review of the Motion, it is hereby

ORDERED AND ADJUDGED that

1.     The Motion [DE 30] is GRANTED *nunc pro tunc*.

2.     Plaintiff shall file its response on or before August 12, 2008, and Defendant shall file its reply on or before August 18, 2008.

DONE AND ORDERED in Chambers in Miami, Florida this 4th day of August, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record