UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20088-CIV-GOLD/MCALILEY

MIDTOWN 4H804, LLC,

    Plaintiff,

v.

MIDTOWN MIAMI NO.4 LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE; CLOSING CASE

THIS CAUSE comes before the Court on the Stipulation for Dismissal with Prejudice [DE 37] filed by the parties on September 9, 2008. In this Stipulation, the parties stipulate that this case shall be dismissed with prejudice, with the parties to bear their own costs and attorney's fees. Having reviewed this Stipulation, I dismiss this case with prejudice and close this case. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1.     This case is DISMISSED with prejudice.

2.     This case is CLOSED.

3.     All pending motions are DENIED as moot.

DONE AND ORDERED in Chambers in Miami, Florida this 11th day of September, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record